UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LADARIUS ANTWAIN NELSON | CIVIL ACTION NO. 08-0423 |
| VS. | SECTION P |
| JUDGE CARL VAN SHARP | JUDGE ROBERT G. JAMES |
| | MAG. JUDGE KAREN L. HAYES |

# RULING

On March 25, 2008, Petitioner Ladarius Antwain Nelson ("Nelson"), acting *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. On May 16, 2008, Magistrate Judge Karen L. Hayes issued a Report and Recommendation, recommending that Nelson's petition be dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B)(iii) because plaintiff is seeking monetary damages against a defendant who is immune from such relief. A copy of this Report and Recommendation was forwarded to Nelson at the Union Parish Detention Center, his last known place of confinement. The Report and Recommendation was returned to the Clerk of Court on May 23, 2008, marked "RTS [RETURNED TO SENDER]."

Local Rule 41.3W, in pertinent part, provides:

> The failure of an attorney or *pro se* litigant to keep the Court apprised of an address change may be considered cause for dismissal for failure to prosecute when a notice is returned to the Court for the reason of an incorrect address and no correction is made to the address for a period of 30 days.

In the present case, the Magistrate Judge's Report and Recommendation was returned to the Clerk of Court as undeliverable on May 23, 2008. Nelson failed to advise the Court of his new

address by June 27, 2008. The thirty day period within which Nelson was required to notify the Court of his new address has expired.

Accordingly, for the foregoing reasons, together with the reasons stated in the Magistrate Judge's Report and Recommendation [Doc. No. 4], and after an independent review of the record, and determining that the findings are correct under the applicable law;

IT IS ORDERED that Nelson's civil rights action is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(iii) because plaintiff is seeking monetary damages against a defendant who is immune from such relief and for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule 41.3W.

MONROE, LOUISIANA, this 1st day of July, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE